# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>BERTIE LOU RENON,<br><br>Debtor(s). | Bankruptcy Case No 25-15767-JGR<br><br>Chapter 7 |

## ORDER VACATING ORDER DISMISSING CASE
## AND
## ORDER REINSTATING CASE

THIS MATTER comes before the Court *sua sponte*. The Court, having reviewed the file,

DOES FIND that the Debtor filed this case on September 8, 2025 in a wholly deficient manner; however, on September 22, 2025, the Debtor fully cured the deficient case by filing the required statements, schedules and Certificate of Budget and Credit Counseling.

THE COURT FURTHER FINDS that on September 23, 2025, the Court entered an Order Dismissing Case; however, said Order was entered in error and must be vacated by the Court.

IT IS THEREFORE ORDERED that the Debtor's Motion to Reinstate Case filed on May 6, 2025 (Doc. 10) is hereby GRANTED and the Order Dismissing Case is hereby VACATED.

IT IS FURTHER ORDERED that all dates and deadlines set forth in the Court's Notice of Chapter 7 Bankruptcy Case entered September 8, 2025 (Doc. 2) are CONFIRMED.

IT IS FURTHER ORDERED that the Clerk of Court shall, forthwith, mail a copy of this Court's Order Reinstating Case to all creditors and parties-in-interest.

Dated: September 23, 2025.

BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge